RECEIVED
IN MONROE, LA
OCT 9 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 08-0208-03** |
| **VERSUS** | * | **JUDGE JAMES** |
| **PERPETUA PAGALLAMAN** | * | **MAGISTRATE JUDGE HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Perpetua Pagallaman, and adjudges her guilty of the offense charged in Count One of the Indictment against her.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Perpetua Pagallaman's agreement to forfeit any interest that she may have in the property and funds referenced in Count Two of the Indictment

THUS DONE AND SIGNED this  9  day of  October , 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE